118 A.3d 347

BRENDA ANN SCHWARTZ AND PAUL GRANT SCHWARTZ, AP-
PELLANTS–APPELLANTS, v. ACCURATUS CORPORATION, IN
ITS OWN RIGHT AND AS SUCCESSOR IN INTEREST TO AC-
CURATUS CERAMIC CORPORATION; MATERION BRUSH
INC., C/O CT CORPORATION SYSTEM, RESPONDENT–RE-
SPONDENT;

July 30, 2015.

The United States Court of Appeals for the Third Circuit having
certified to the Supreme Court the following question of law
pursuant to *Rule* 2:12–1:

Does the premises liability rule set forth in *Olivo v. Owens–Illinois, Inc.,* 186 *N.J.*
394, 895 *A.2d* 1143 (2006), extend beyond providing a duty of care to the spouse of a
person exposed to toxic substances on the landowner's premises, and, if so, what
are the limits of that liability rule and the associated scope of duty?

And the Court having determined to accept the question as certified.

It is further

ORDERED that the Clerk of the Court shall set the matter down for oral argument in due course.